| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHRISTOPHER OWENS, §
§
　　　　　Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:22-CV-134
§
EXXON MOBIL CORPORATION, §
§
　　　　　Defendant. §

## ORDER OF CONDITIONAL DISMISSAL

The court having been advised by counsel for the parties that a resolution has been reached in this action and that a Joint Motion for Dismissal with Prejudice would be forthcoming, it is

ORDERED that all remaining deadlines, trial settings, and pending motions are TERMINATED. The parties are ORDERED to file their Joint Motion for Dismissal with Prejudice within ninety (90) days from the date of this order. In the event that the parties are unable to finalize their agreement, the undersigned will reset the remaining deadlines.

SIGNED at Beaumont, Texas, this 11th day of July, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE