IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(Beaumont Division)

| | | |
|---|---|---|
| **Christopher Owens,** | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 1:22-CV-00134-MAC |
| v. | § § | JURY DEMANDED |
| **Exxon Mobil Corporation,** | § § | |
| *Defendant*. | § § | |

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Christopher Owens and Defendant Exxon Mobil Corporation (collectively "the Parties") file this Joint Motion for Dismissal with Prejudice and respectfully request that the Court enter a final judgment dismissing all of Plaintiff's claims with prejudice.  The parties will bear their own costs.

Respectfully submitted,                    **NORTON ROSE FULBRIGHT US LLP**

/s/ *Stephen L. Townsend*                    /s/ *Shauna Johnson Clark*
Stephen L. Townsend                         Shauna Johnson Clark  *(Attorney in Charge)*
BRADLEY LAW FIRM                            Texas Bar No.  00790977
3124 Nall                                   shauna.clark@nortonrosefulbright.com
Port Neches, Texas 77651
                                            Fazila Issa
&                                           State Bar No. 24098645
                                            Federal I.D. No. 2789510
Bruce M. Partain                            fazila.issa@nortonrosefulbright.com
WELLS PEYTON PARTAIN BALDO & LIGHTY, LLP
550 Fannin, Suite 600                       1301 McKinney, Suite 5100
Beaumont, Texas 77701                       Houston, Texas  77010-3095
                                            Telephone:  (713) 651-5151
   ***Attorneys for Plaintiff Christopher Owens***       Facsimile:  (713) 651-5246

                                               ***Attorneys for Defendant Exxon Mobil
                                                           Corporation***

## CERTIFICATE OF SERVICE

  I hereby certify that on, September 21, 2023, I served the foregoing document via email to the following counsel:

Stephen L. Townsend
BRADLEY LAW FIRM
3124 Nall
Port Neches, Texas 77651

&

Bruce M. Partain
WELLS PEYTON PARTAIN BALDO & LIGHTY, LLP
550 Fannin, Suite 600
Beaumont, Texas 77701

                 */s/ Shauna Johnson Clark*
                 Shauna Johnson Clark